IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARYI SHEARER,** | : | CIVIL ACTION NO. 1:15-CV-1416 |
| | : | |
| **Plaintiff,** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **AIG DIRECT INSURANCE SERVICES, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 29th day of September, 2016, upon consideration of defendant's motion (Doc. 16) for summary judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 16) for summary judgment is DENIED.

2. Defendant's motion (Doc. 23) *in limine* is GRANTED.

3. Plaintiff may not testify concerning Elizabeth Shearer's speculative involvement in obtaining a life insurance quote, as such testimony is outside Plaintiff's personal knowledge.

4. The parties shall meet and confer with the goal of developing a proposed schedule for further proceedings. On or before **Monday, October 17, 2016**, the parties shall submit a joint proposed schedule to the court or, in the event the parties are unable to agree, shall submit individual proposed schedules for the court's consideration.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania