## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARYI SHEARER,** | : | CIVIL ACTION NO. 1:15-CV-1416 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| **v.** | : | |
| | : | |
| **AIG DIRECT INSURANCE** | : | |
| **SERVICES, INC.,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER & JUDGMENT

AND NOW, this 7th day of November, 2016, upon consideration of the oral motion of defendant AIG Direct Insurance Services, Inc. ("AIG Direct") for a judgment as a matter of law, see FED. R. CIV. P. 50(a)(1), made at the close of plaintiff's evidence during a jury trial that commenced on today's date, and the court noting that it may grant AIG Direct's motion if plaintiff Daryi Shearer ("Shearer") fails to provide evidence that would allow a jury to "have a legally sufficient evidentiary basis to find for the party" at the conclusion of its case, see id., and for the reasons stated on the record, it is hereby ORDERED that:

1.  Defendant's oral motion for judgment as a matter of law is GRANTED.

2.  Judgment is ENTERED in favor of defendant and against plaintiff.

3.  The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania