AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Daryi Shearer | ) |
| v. | ) Case No.: 1:15-cv-01416-CCC |
| AIG Direct Insurance Services, Inc. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __11/07/2016__ against __plaintiff Daryi Shearer__,
                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................. | $          0.00 |
| Fees for service of summons and subpoena ................................................. |            0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... |          404.50 |
| Fees and disbursements for printing ................................................. |            0.00 |
| Fees for witnesses *(itemize on page two)* ................................................. |        1,613.09 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................. |            0.00 |
| Docket fees under 28 U.S.C. 1923 ................................................. |            0.00 |
| Costs as shown on Mandate of Court of Appeals ................................................. |            0.00 |
| Compensation of court-appointed experts ................................................. |            0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... |            0.00 |
| Other costs *(please itemize)* ................................................. |            0.00 |
| TOTAL | $     2,017.59 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service         [ ] First class mail, postage prepaid
[ ] Other: _____

s/ Attorney:   __Zachary W. Silverman__

Name of Attorney: Zachary W. Silverman

For:   __defendant AIG Direct Insurance Services, Inc.__   Date:   __11/29/2016__
              *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*            *Deputy Clerk*            *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Kevin Wilshusen, Senior VP, Sales for AIG Direct Insurance Services, Inc.; San Diego, CA | 2 | 80.00 | 1 | 110.00 | 2,593 | 1,423.09 | $1,613.09 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $1,613.09 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# INVOICE

SUMMIT COURT REPORTING, INC.
1500 Walnut Street
Suite 1610
Philadelphia, PA 19102
Phone:(215) 985-2400  Fax:(215) 985-2420

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60682 | 3/3/2016 | 35698 |
| Job Date | Case No. | |
| 2/15/2016 | | |

| Case Name |
|---|
| Shearer v. AIG Direct Insurance Services, Inc. |

| Payment Terms |
|---|
| Net 30 Days or 1.5% interest charged. |

ANDREW FISHKIN, ESQUIRE
Fishkin Lucks, LLP
The Legal Center
One Riverfront Plaza, Suite 350
Newark, NJ 07102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT/INDEX OF:
Daryl Shearer                                                                                            404.50

TOTAL DUE >>>   $404.50

* Thank you. We appreciate your business! *
Call on Summit for all of your Deposition, Video & Videoconference needs... 24/7 worldwide service.
Terms: Payments in full due within 30 days of receipt of invoice. After 30 days, interest and/or late fees may accrue at 1.5%.

Tax ID: 23-2746102                                                     Phone: (973) 536-2800   Fax:

*Please detach bottom portion and return with payment.*

ANDREW FISHKIN, ESQUIRE
Fishkin Lucks, LLP
The Legal Center
One Riverfront Plaza, Suite 350
Newark, NJ 07102

Invoice No.   : 60682
Invoice Date  : 3/3/2016
**Total Due**  : $ 404.50

Remit To: **SUMMIT COURT REPORTING, INC.**
**1500 Walnut Street**
**Suite 1610**
**Philadelphia, PA  19102**

Job No.    : 35698
BU ID      : 1-MAIN
Case No.   :
Case Name  : Shearer v. AIG Direct Insurance Services, Inc.

     

# E-ticket itinerary receipt and Invoice

01 November 2016

**If you have a medical emergency when traveling, please call Travel Guard at 1-800-851-4651 within the US/Canada or 1-817-826-7094 collect outside the US/Canada.**

**For assistance with security and risk assessment prior to and during travel, please contact AIG Global Security at 1-212-458-2020 or GSOC@aig.com.**

**For travel assistance contact HRG at 1-855-370-6080 or collect at 1-704-969-8579.**

## Itinerary details

| | |
|---|---|
| Trip locator: | LCKZ8E |
| Traveler: | KEVIN JAMES WILSHUSEN |

## Account references

| | |
|---|---|
| Employee Number : | 005044765 |
| Cost Centre : | 0880-0600-0225 |
| Lowest Available Fare : | 879.49 |
| Purpose of Trip : | Internal Travel:Meeting, Training, etc |

## Itinerary summary

| Traffic | Date | From-to/location | Supplier | Times | Class/room | Status |
|---|---|---|---|---|---|---|
| ✈ | 06 Nov 2016 | SAN - PHL | AA2019 | 11:35AM-7:36PM | Economy | Booked |
| ✈ | 06 Nov 2016 | PHL - MDT | AA4846 | 8:45PM-9:37PM | Economy | Booked |
| 🛏 | 06 Nov 2016 | Crowne Plaza Hershey | CP | 06Nov-08Nov | | Booked |
| ✈ | 08 Nov 2016 | MDT - ORD | UA1531 | 5:19PM-6:29PM | Economy | Booked |
| ✈ | 08 Nov 2016 | ORD - IAH | UA1113 | 7:25PM-10:19PM | Economy | Booked |
| 🛏 | 08 Nov 2016 | Omni Houston Hotel | OM | 08Nov-10Nov | | Booked |
| ✈ | 10 Nov 2016 | IAH - LAX | UA1236 | 4:45PM-6:30PM | Economy | Booked |
| ✈ | 10 Nov 2016 | LAX - SAN | UA5725 | 7:00PM-7:56PM | Economy | Booked |

Frequent flyer cards:
AAT4159J4, UA03192925907

## E-ticket 1

| | |
|---|---|
| Invoice number: | 31978 |
| Traveler name: | WILSHUSEN/KEVIN |
| Ticket number: | 0017829645137 |
| Route: | Lindbergh Intl Airport, San Diego - Philadelphia Intl Airport, Philadelphia - Harrisburg International, Harrisburg |
| Fare amount: | 484.65 USD |
| Taxes: | 36.35 US / 22.60 XT |
| Ticket amount: | 543.60 USD |
| Issuing agency: | 34655655 |
| Date of issue: | 01 November 2016 |
| Form of payment: | VIXXXXXXXXXXXX1027/0619 |
| Endorsements: | NONREF-SVCCHGPLUSFAREDIF-CXL/BY FLT TIME OR NOVALUE |

| E-ticket 2 | |
|---|---|
| Invoice number: | 31980 |
| Traveler name: | WILSHUSEN/KEVINJ |
| Ticket number: | 0167829645139 |
| Route: | Harrisburg International, Harrisburg - O Hare International, Chicago - George Bush Intercontinental, Houston - Los Angeles Intl Airport, Los Angeles - Lindbergh Intl Airport, San Diego |
| Fare amount: | 784.46 USD |
| Taxes: | 58.83 US / 36.20 XT |
| Ticket amount: | 879.49 USD |
| Issuing agency: | 34655655 |
| Date of issue: | 01 November 2016 |
| Form of payment: | VIXXXXXXXXXXXX1027/0619 |
| Endorsements: | NONREF-0VALUAFTDPT-CHGFEE |

**American Airlines**
Flight # AA2019
Booking reference: AMFWWB
Status: Booked

| | |
|---|---|
| Departing: | Lindbergh Intl Airport, San Diego, United States (SAN), Terminal 2 |
| Date/time: | 06 November 2016, 11:35AM |
| Arriving: | Philadelphia Intl Airport, Philadelphia, United States (PHL) |
| Date/time: | 06 November 2016, 7:36PM |
| Duration: | 5h1m |
| Aircraft: | Airbus A320-100/200 Narrowbody Jet |
| Cabin class: | Economy (M) |
| Baggage allowance: | 0PC |

Add to calendar

**American Airlines**
Operated By: Piedmont Airlines As American Eagle
Flight # AA4846
Booking reference: AMFWWB
Status: Booked

| | |
|---|---|
| Departing: | Philadelphia Intl Airport, Philadelphia, United States (PHL), Terminal F |
| Date/time: | 06 November 2016, 8:45PM |
| Arriving: | Harrisburg International, Harrisburg, United States (MDT) |
| Date/time: | 06 November 2016, 9:37PM |
| Duration: | 0h52m |
| Aircraft: | Embraer RJ145 Narrowbody Jet |
| Cabin class: | Economy (M) |
| Baggage allowance: | 0PC |

Add to calendar

**Crowne Plaza Hershey**
23 South Second Street, Harrisburg Pa 17101
Us, Harrisburg, US
Booking reference: 62181790
Status: Booked

| | |
|---|---|
| Check in date: | 06 November 2016 |
| Check out date: | 08 November 2016 |
| Occupancy: | 1 |
| Phone number: | (1) 717 234 5021 |
| Estimated total rate: | 227.77 USD |

Add to calendar

**Remarks**
-CP29139ARR06NOV CXL:CXL AFTER 1800 06NOV FORFEIT FIRST NITE STAY

**United Airlines Inc**
Flight # UA1531

Booking reference: OYRK9L
Status: Booked

| | |
|---|---|
| Departing: | Harrisburg International, Harrisburg, United States (MDT) |
| Date/time: | 08 November 2016, 5:19PM |
| Arriving: | O Hare International, Chicago, United States (ORD), Terminal 1 |
| Date/time: | 08 November 2016, 6:29PM |
| Duration: | 2h10m |
| Aircraft: | Airbus A319 Narrowbody Jet |
| Cabin class: | Economy (E) |
| Seat: | 32D |
| Baggage allowance: | 0PC |

Add to calendar

**United Airlines Inc**
Flight # UA1113

Booking reference: OYRK9L
Status: Booked

| | |
|---|---|
| Departing: | O Hare International, Chicago, United States (ORD), Terminal 1 |
| Date/time: | 08 November 2016, 7:25PM |
| Arriving: | George Bush Intercontinental, Houston, United States (IAH), Terminal C |
| Date/time: | 08 November 2016, 10:19PM |
| Duration: | 2h54m |
| Aircraft: | Airbus A320-100/200 Narrowbody Jet |
| Cabin class: | Economy (E) |
| Seat: | 38F |
| Baggage allowance: | 0PC |

Add to calendar

**Omni Houston Hotel**
4 Riverway, Houston TX 77056 US, Harris, Houston

Booking reference: 40026024718
Status: Booked

| | |
|---|---|
| Check in date: | 08 November 2016 |
| Check out date: | 10 November 2016 |
| Occupancy: | 1 |
| Phone number: | (1) 713 871 8181 |
| Estimated total rate: | 355.68 USD |

Add to calendar

Remarks
-OM25678ARR08NOV CXL:CANCEL BY 4PM 08-NOV-16

**United Airlines Inc**
Flight # UA1236

Booking reference: OYRK9L
Status: Booked

| | |
|---|---|
| Departing: | George Bush Intercontinental, Houston, United States (IAH), Terminal C |
| Date/time: | 10 November 2016, 4:45PM |
| Arriving: | Los Angeles Intl Airport, Los Angeles, United States (LAX), Terminal 7 |
| Date/time: | 10 November 2016, 6:30PM |
| Duration: | 3h45m |
| Aircraft: | Boeing 737-900 Narrowbody Jet |
| Cabin class: | Economy (U) |
| Seat: | 36D |
| Baggage allowance: | 0PC |

Add to calendar

| | | |
|---|---|---|
| | **United Airlines Inc** | |
| | Operated By: Skywest Dba United Express | |
| | Flight # UA5725 | Booking reference: OYRK9L |
| | | Status: Booked |
| Departing: | Los Angeles Intl Airport, Los Angeles, United States (LAX), Terminal 7 | |
| Date/time: | 10 November 2016, 7:00PM | |
| Arriving: | Lindbergh Intl Airport, San Diego, United States (SAN), Terminal 2 | |
| Date/time: | 10 November 2016, 7:56PM | |
| Duration: | 0h56m | |
| Aircraft: | Embraer 175 (enhanced winglets) Narrowbody Jet | |
| Cabin class: | Economy (U) | |
| Seat: | 20A | |
| Baggage allowance: | 0PC | Add to calendar |

### Fare details

| | |
|---|---|
| Fare accepted: | 484.65 USD |
| Taxes and fees: | 5.60 AY / 36.35 US / 9.00 XF / 8.00 ZP |
| Total amount: | 543.60 USD |
| Fare routing: | SAN - PHL |
| | PHL - MDT |

### Fare details

| | |
|---|---|
| Fare accepted: | 784.46 USD |
| Taxes and fees: | 11.20 AY / 58.83 US / 9.00 XF / 16.00 ZP |
| Total amount: | 879.49 USD |
| Fare routing: | MDT - ORD |
| | ORD - IAH |
| | IAH - LAX |
| | LAX - SAN |

### Service Fees

| | |
|---|---|
| Fee 1 Base: | 19.50 USD |
| Fee 1 Taxes: | |
| Fee 1 Total: | 19.50 USD |
| Fee 2 Base: | 19.50 USD |
| Fee 2 Taxes: | |
| Fee 2 Total: | 19.50 USD |

**GENERAL INFORMATION**
IF YOU NEED TRAVEL ASSISTANCE SERVICES OR HAVE A
MEDICAL EMERGENCY WHEN TRAVELING PLEASE CALL
AIG BENEFITS TRAVEL ASSIST PROVIDED THROUGH TRAVEL
GUARD AT 1-800-851-4651 WITHIN THE US/CANADA
AND 1-817-826-7094 COLLECT OUTSIDE THE US/CANADA.
-----------------------------------------------
FOR ADDITIONAL INFORMATION REGARDING TRAVEL
RESOURCES A WORLDWIDE HEALTHCARE PROVIDER
DIRECTORY AND TRAVEL SECURITY PLEASE VISIT THE
AIG BENEFITS TRAVEL ASSIST SM WEBSITE AT
HTTP://WWW.AIGBENEFITS.COM/TRAVELASSIST
-----------------------------------------------
PLEASE VISIT THE AIG GLOBAL SECURITY INTRANET SITE
FOR IMPORTANT TRAVEL MEDICAL AND SECURITY
INFORMATION HTTP://CONTACT.AIG.NET/TRAVELTIPS
-----------------------------------------------
FOR ADDITIONAL INFORMATION ABOUT AIG GLOBAL TRAVEL
AND MEETING SERVICES INCLUDING PASSPORTS AND VISAS
PLEASE VISIT HTTP://TRAVELSERVICES.AIG.COM AND
SELECT THE NORTH AMERICA TAB.
-----------------------------------------------
-----------------------------------------------
AFTER HOURS EMERGENCY SERVICE CONTACT 1-855-370-6080
OUTSIDE OF NORTH AMERICA CALL COLLECT 1-704-969-8579
YOUR MEMBERSHIP CODE IS 2E2D
-----------------------------------------------
THE US DEPARTMENT OF TRANSPORTATION ADVISES THAT
WHEN TRAVELLING TO CERTAIN DESTINATIONS THE AIRCRAFTS
PASSENGER CABIN WILL BE TREATED WITH INSECTICIDES
PLEASE REVIEW THE FOLLOWING SITE FOR AN UPDATED LIST
OF FLIGHTS WHERE THIS WILL OCCUR
WWW.DOT.GOV/OFFICE-POLICY/AVIATION-POLICY
/AIRCRAFT-DISINSECTION-REQUIREMENTS
..
TOTAL FARE PAID - 1423.09

To view your itinerary in Travelport Viewtrip Click **Here**

**Zack Silverman**

| | |
|---|---|
| **From:** | Crowne Plaza Hotels & Resorts <CrownePlaza@sm.ihg.com> |
| **Sent:** | Thursday, November 10, 2016 9:21 PM |
| **To:** | Kevin Wilshusen |
| **Subject:** | Thank You for Your Stay at Crowne Plaza Harrisburg-Hershey. |

