**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DARYI SHEARER** | : | |
| Plaintiff | : | CIVIL NO. 1:15-CV-1416 |
| | : | (Chief Judge Conner) |
| v. | : | |
| **AIG DIRECT INSURANCE SERVICES, INC.** | : | |
| Defendant | : | |

# JUDGMENT

Pursuant to Federal Rule of Civil Procedure 54(d)(1), judgment is entered against the plaintiff Daryi Shearer and in favor of defendant AIG Direct Insurance Services, Inc. in the amount of $1,690.70.

ATTEST:

**s/ Peter Welsh**
PETER WELSH, Acting Clerk

DATE: February 6, 2017

1